# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA RYAN MURPHY
ADC #760343     PLAINTIFF

v.     No. 3:20-cv-59-DPM-JTR

BRADLY, Warden,
McPherson Unit, ADC, *et al.*     DEFENDANTS

## ORDER

1. The Court construes Murphy's second motion to dismiss, *Doc. 24*, as withdrawing her previous request to dismiss Defendants Bradly, Herrington, and Swift. That piece of the first motion, *Doc. 12*, is therefore withdrawn.

2. Motions to voluntarily dismiss Defendant Linda Lewis, *Doc. 12, 24 & 25*, granted. Murphy's claims against Lewis are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2020