## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LISA RYAN MURPHY                                                   PLAINTIFF
ADC #760343

V.                    No. 3:20CV00059-DPM-JTR

BRADLY, Warden,
McPherson Unit, ADC *et al.*                                       DEFENDANTS

## ORDER

Defendants Bradly, Griffen, Hearington and Swift have filed: (1) a Motion for Judgment on the Pleadings and Brief in Support; and (2) a Motion to Revoke Plaintiff's *In Forma Pauperis* Status and Brief in Support. *Docs. 27, 28, 29, 30.* Plaintiff must respond to these Motions.

In addition, the Clerk of the Court will be directed to amend the docket sheet to reflect these Defendants' full and correct names, as stated in their Motions.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff must file, **within thirty days of the date of this Order**, Responses to Defendants' Motion for Judgment on the Pleadings (*Doc. 27)* and Motion to Revoke *In Forma Pauperis* Status (*Doc. 29).*

2. Plaintiff is advised that, if she fails to timely respond to this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

3. The Clerk is directed to amend the docket sheet to reflect that Defendant "Bradly" is now Toni Bradley; Defendant "Rorey Griffen" is now Rory Griffin; Defendant "Hearington" is now John Herrington; and Defendant "Swift" is now Johnnie Swift.

IT IS SO ORDERED this 28th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE