IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY                                          PLAINTIFF

v.                    No: 3:20-cv-59-DPM-JTR

TONI BRADLEY, Warden,
McPherson Unit, ADC, *et al.*                            DEFENDANTS

## ORDER

1. Unopposed motion to voluntarily dismiss, *Doc. 35*, granted. Murphy's claims against Bradley, Herrington, Swift, and Griffin are dismissed without prejudice. Motions, *Doc. 27, 29 & 32*, denied without prejudice as moot.

2. Motion, *Doc. 37*, granted. Murphy's motion to dismiss Fields and Kizer, *Doc. 36*, is withdrawn.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

15 October 2020