IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY                                                            PLAINTIFF

v.                              No. 3:20-cv-59-DPM-JTR

SHONDA FIELDS, Nurse; DAVID
KIZER, Nurse;  BAKER, DON;  JUDY
BAIZA, RN;  JOSEPH HUGHES, Doctor;
BETTY HUTCHINSON, APN;  and
JEFFREY STIEVE, Doctor                                                   DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Motion to voluntarily dismiss, *Doc. 45*, granted.  Motion for partial summary judgment, *Doc. 40*, denied without prejudice as moot.  This case will be dismissed without prejudice.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2021