IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **LISA RYAN MURPHY** | **PLAINTIFF** |
| v. No. 3:20-cv-59-DPM | |
| TONI BRADLEY, Warden, McPherson Unit, ADC; LINDA LEWIS, Major, McPherson Unit, ADC; JOHNNIE SWIFT, Captain, McPherson Unit, ADC; SHONDA FIELDS, Nurse; DAVID KIZER, Nurse; BAKER, DON; JUDY BAIZA, RN; JOSEPH HUGHES, Doctor; BETTY HUTCHINSON, APN; RORY GRIFFIN, Doctor; JEFFREY STIEVE, Doctor; and JOHN HERRINGTON, Warden | **DEFENDANTS** |

## JUDGMENT

Murphy's case is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2021